¶ 18. I disagree with the majority opinion and adopt the reasoning of Judge Payne, author of the Court of Appeals majority regarding the granting of Jury Instructions I and II. Specific jury instructions that are defective do not require reversal if the Court can say that all instructions when taken as a whole fairly, although not necessarily perfectly, announce the applicable rules of law. Snapp v. Harrison , 699 So.2d 567, 569 (Miss. 1997) ;Starcher v. Byrne , 687 So.2d 737, 742 (Miss. 1997); Taylor v.State, 597 So.2d 192, 195 (Miss. 1992). Thus, in my view the Court of Appeals was correct in affirming Smith's conviction and sentence because when all jury instructions are read and considered together, the jury was clearly properly instructed.
¶ 19. I respectfully dissent.
MILLS, J., JOINS THIS OPINION. COBB, J., JOINS THIS OPINIONIN PART.